UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 12

APTARGROUP, INC., and FUSION PACKAGING I, LLC,

Plaintiff,

v.

UNITED STATES OF AMERICA et al.

Defendant.

Court No. 1:20-cv-00694

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that Christopher M. Loveland has been substituted as attorney of record for plaintiff in this action in place of Mathew J. McConkey.

Dated: 6/12/2024

AptarGroup, Inc. and Fusion Packaging I, LLC
Plaintiff

By: /s/ Kimberly Y. Chainey

* * * * * * * * * *

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action as attorney for AptarGroup, Inc. and Fusion Packaging I, LLC, the plaintiff herein, and requests that all papers in connection therewith be served upon him.

☑ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Christopher M. Loveland.

Dated: 6/12/2024

Christopher M. Loveland
Attorney

2099 Pennsylvania Ave., NW, Ste. 100
Street Address

Washington, DC  20006-6801
City, State and Zip Code

By: /s/ Christopher M. Loveland
New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015.)